129 F.3d 1256
 Eric J. Talley
v.
Southeastern Pennsylvania Transportation Authority, L. J.
Gambaccini, as Chief Operations Officer, J. Clayton
Undercofler, III, as Chairman of Board, Earl M. Baker,
Florianna Bloss, Hon. Stewart R. Cades, Esquire, Lois S.
Hagarty, Thomas M. Hayward, Hon. Edmund Jones, Richard
Kurtz, Esquire, Gordon J. Linton, Patrick H. McCarthy,
Esquire, Jettie D. Newkirk, Esquire, James C. Schwartzman,
Esquire, Richard Voith, Ph.D., Andrew L.
 NOS. 97-1044, 97-1078
 United States Court of Appeals,
Third Circuit.
 Sept 29, 1997
 
 Appeal From: E.D.Pa. ,Nos.93cv04314, 93cv03060 ,
 Hutton, J.
 
 
 1
 Affirmed.